IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. ___________** |
| **v.** | : | **DATE FILED: ___________** |
| **FREDERICK EDWARD VASQUEZ, JR.** | : | **VIOLATIONS:**<br>**21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute cocaine - 1 count)**<br>**18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime - 1 count)**<br>**18 U.S.C. § 922(g)(1) (possession of a firearm by a felon - 1 count)**<br>**Notices of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 12, 2026, in Ephrata, in the Eastern District of Pennsylvania, defendant

**FREDERICK EDWARD VASQUEZ, JR.**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 12, 2026, in Ephrata, in the Eastern District of Pennsylvania, defendant

**FREDERICK EDWARD VASQUEZ, JR.**

knowingly possessed a firearm, that is, a Stoeger, 9mm semi-automatic pistol, bearing serial number T642921U12475, loaded with twelve live rounds of 9mm ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 12, 2026, in Ephrata in the Eastern District of Pennsylvania, defendant

**FREDERICK EDWARD VASQUEZ, JR.**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Stoeger, 9mm semi-automatic pistol, bearing serial number T642921U12475, loaded with twelve live rounds of 9mm ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE 1**

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1), set forth in this indictment, defendant

**FREDERICK EDWARD VASQUEZ, JR.**

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of these offenses, including, but not limited to:

1. a Stoeger, 9mm semi-automatic pistol, bearing serial number T642921U12475;
2. twelve live rounds of 9mm ammunition;
3. one live round of 9mm ammunition;
4. one double stack Smith & Wesson magazine;
5. twelve live rounds of .40 caliber ammunition; and
6. $3,604.51 United States currency.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**NOTICE OF FORFEITURE 2**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 21, United States Code, Section 841(a)(1), set forth in this indictment, defendant

**FREDERICK EDWARD VASQUEZ, JR.**

shall forfeit to the United States of America:

a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including, but not limited to:

i. a Stoeger, 9mm semi-automatic pistol, bearing serial number T642921U12475;

ii. twelve live rounds of 9mm ammunition;

iii. one live round of 9mm ammunition;

iv. one double stack Smith & Wesson magazine;

v. twelve live round of .40 caliber ammunition;

vi. $3,604.51 of United States currency; and

b) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violation, including all United States Currency.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**

[redacted]

**GRAND JURY FOREPERSON**

Salvatore L. Astolfi for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

FREDERICK EDWARD VASQUEZ, JR.

INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute cocaine - 1 count)
18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime - 1 count)
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon - 1 count)
Notices of forfeiture

Filed in open c [redacted]
Of____